UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLYMPUS SECURITIES, LLC,<br><br>                              Plaintiff,<br><br>              - against -<br><br>UNITED FIBER & DATA, LLC,<br><br>                              Defendant. | Case No. 16-cv-01931 (VEC)<br><br>**DECLARATION OF<br>JULIA R. LIVINGSTON<br>IN SUPPORT OF<br>OPPOSITION TO MOTION<br>TO DISMISS** |

I, Julia R. Livingston, hereby declare under penalty of perjury:

       1.       I am an associate at the law firm Fried, Frank, Harris, Shriver & Jacobson LLP, which represents plaintiff Olympus Securities, LLC ("Olympus"), in the above-captioned matter. I respectfully submit this declaration in support of Olympus's opposition to defendant United Fiber & Data, LLC's ("UFD") motion to dismiss Olympus's complaint.

       2.       In connection with my representation of Olympus in the above-captioned matter, I participated in a conference call with, among others, UFD's corporate counsel, Andrew Paxton, on April 27, 2016.

       3.       Among other things, Mr. Paxton claimed that UFD had not closed on the $30 million financing that Chad Taylor, one of UFD's principals and founders, told Olympus about in October 2015.

       4.       Mr. Paxton also stated that UFD intended to file a Form D with the U.S. Securities and Exchange Commission on April 29, 2016, and that UFD subsequently expected to close on $30 million in equity financing within the next month (*i.e.* May 2016) in connection with that financing.

5.      Mr. Paxton further stated that UFD had already raised between $2 and $2.5 million in debt financing from Mr. Appell in or around December 2015, and that UFD had executed a promissory note with Mr. Appell to memorialize that debt.

6.      I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       May 19, 2016

By: _____
    Julia R. Livingston

11583644