UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLYMPUS SECURITIES, LLC,

                     Plaintiff,

    -against-

UNITED FIBER & DATA, LLC,

Defendant.

Case No.: 16-CV-1931 (VEC)

**AFFIDAVIT OF CHAD TAYLOR IN SUPPORT OF MOTION TO DISMISS COMPLAINT**

---

Chad Taylor, being duly sworn, deposes and states:

1. I was a manager of Defendant United Fiber & Data, LLC ("UFD") during the term of the engagement letter ("Engagement Letter") attached to Plaintiff Olympus Securities, LLC's ("Olympus") Complaint.

2. Olympus's sole request for relief is based on the allegation that UFD closed on more than $30 million in securities during the term of the Engagement Letter.

3. The alleged transaction did not and has not occurred.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, understanding and belief.

DATE: 5-26-16

_____
**Chad Taylor**

Sworn and subscribed to before me
this 26th day of May, 2016.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Christine A. Garrett, Notary Public
City of York, York County
My Commission Expires June 23, 2017
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

{01135797/1}