UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLYMPUS SECURITIES, LLC, | Case No.: 16-CV-1931 (VEC) |
| Plaintiff, | **AFFIDAVIT OF** |
| | **DOUG SCHULTZ** |
| -against- | **IN SUPPORT OF MOTION** |
| | **TO DISMISS COMPLAINT** |
| UNITED FIBER & DATA, LLC, | |
| Defendant. | |

Chad Gracey, being duly sworn, deposes and states:

1. I am the Chief Financial Officer of Defendant United Fiber & Data, LLC ("UFD").

2. Olympus's sole request for relief in this lawsuit is based on the allegation that UFD closed on more than $30 million in securities during the term of the engagement letter attached to its Complaint and requests only commission from the alleged transaction.

3. The alleged transaction did not and has not occurred.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, understanding and belief.

DATE: 5/31/16

_____
**Doug Schultz**

Sworn and subscribed to before me
this 31st day of May, 2016.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Melissa C. Miller, Notary Public
West Manchester Twp., York County
My Commission Expires May 11, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES