# EXHIBIT B

Document previously filed under seal pursuant to the Court's order of July 6, 2016.