UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| OLYMPUS SECURITIES, LLC, | : | Case No.: 16-CV-1931 (VEC) |
| Plaintiff, | : | |
| | : | **NOTICE OF DEFENDANT'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE RELATING TO A PRIOR CONVICTION** |
| v. | : | |
| UNITED FIBER & DATA, LLC, | : | |
| Defendant. | : | |

---

PLEASE TAKE NOTICE that Defendant United Fiber & Data, LLC ("UFD") hereby moves for an Order precluding Plaintiff Olympus Securities, LLC ("Olympus") from offering evidence at trial relating to a prior conviction of UFD's CEO, William Hynes, pursuant to Rules 402, 403, 404, and 609 of the Federal Rules of Evidence.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, UFD relies upon the accompanying Memorandum of Law, the Declaration of Lucy Yen, dated October 5, 2017, with all attached exhibits, and all pleadings and other documents filed with the Court in this matter.

Dated: October 5, 2017
New York, New York

By: /s/Lucy Yen
Lucy Yen
Kimberley Piro
Wilson Sonsini Goodrich & Rosati, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
lyen@wsgr.com
kpiro@wsgr.com

*Attorneys for Defendant
United Fiber & Data, LLC*

1