# EXHIBIT C

```
         IN THE UNITED STATES DISTRICT COURT

            SOUTHERN DISTRICT OF NEW YORK


OLYMPUS SECURITIES, LLC,                   )

    Plaintiff,                             ) Civil Action No.

       -v-                                 ) 16-CV-1931(VEC)

UNITED FIBER & DATA, LLC,                  )

    Defendant.                             )

------------------------------------------

    CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

    VIDEOTAPED DEPOSITION OF CHAD GRACEY

    York, Pennsylvania

    Monday, December 12, 2016


Reported by:
Gail L. Inghram Verbano,
BA, CRR, CLR, RDR, CSR-CA (No. 8635)
Job No. 116548
```

Page 48

1                    CHAD GRACEY

2       Q.    About what?

3       A.    About possibly engaging Olympus,
4   about how they could help us.

5       Q.    What did Joel think about -- do you
6   know what Joel thought about the prospect of
7   engaging Olympus?

8       A.    He thought that it was a positive
9   move for us.  That was his opinion.

10      Q.    And what did UFD think?

11            MR. ESKRIDGE:  Form.

12  BY MR. ROSS:

13      Q.    Do you know what UFD thought about
14  the prospect of engaging Olympus?

15      A.    Chad, Patrick and myself were
16  excited about it.  Bill was not.

17      Q.    Why wasn't Bill -- do you know why
18  Bill wasn't excited?

19      A.    I do not know exactly why he wasn't
20  at the time, but he just thought that he could
21  raise the money.

22      Q.    Did you think he could raise the
23  money?

24      A.    Yes, but we wanted to have options.

25      Q.    Why did you want to have options?

Page 165

1                    CHAD GRACEY
2       Q.    Shifting gears for a final topic of
3  the day to talk about Bill Hynes.
4             How involved was Mr. Hynes with
5  engaging Olympus?
6       A.    How involved?  Not very.
7       Q.    Was Mr. Hynes very involved in
8  communicating with Olympus in the early stages
9  of their engagement?
10      A.    No.
11      Q.    Why?
12      A.    We had divulged to Olympus Bill's
13 past and his check-writing felony.  And Jeffrey
14 and David indicated that they didn't want to
15 have anything to do with him, from the
16 beginning.
17      Q.    Did they explain why they didn't
18 want to have anything to do with him?
19      A.    Because he had a felony conviction.
20      Q.    And why was that a problem?
21      A.    I don't know.
22      Q.    Was Olympus ever discouraged from
23 communicating with Bill Hynes at any point?
24            MR. ESKRIDGE:  Form.
25            THE WITNESS:  Discouraged?  No, not

1                    CHAD GRACEY

2     that they did not want him involved.  And so

3     the felony conviction is an issue that he has

4     been dealing with since 2008.  It had been

5     brought up by other investors that then learned

6     of what -- learned the facts of the matter and

7     invested regardless of his conviction or not.

8               And so it's a sensitive topic for

9     Bill.

10         Q.    Can you name any of those investors

11    that learned the underlying facts of his felony

12    conviction and then went ahead and invested

13    with UFD?

14         A.    None specifically except for Louis

15    Appell and Louis Appell, III.  Louis Appell,

16    Jr., and Louis Appell, III.

17         Q.    How do you know that Mr. Hynes was

18    offended by the notion of his removal being

19    required to work with Olympus?

20         A.    He told us personally, Chad and I,

21    that he was offended by it.

22         Q.    What else did he tell you about it?

23         A.    He thought it was baseless.  They

24    had -- they really had no legal reason not to

25    include him.  He was again very insulted by