# EXHIBIT D

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

    OLYMPUS SECURITIES,

    LLC,                              Action No.

                Plaintiffs,   16-CV-1931(VEC)

                vs.

    UNITED FIBER & DATA,

    LLC,

                Defendants.

---------------------------------------------------------

        CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

             135 NORTH GEORGE STREET

                YORK, PENNSYLVANIA

                December 22, 2016

                    9:30 A.M.

        DEPOSITION of WILLIAM HYNES, before S.
Arielle Santos, Registered Professional Reporter,
Certified Shorthand Reporter, Certified LiveNote
Reporter and Notary Public.

JOB NO. 116644

1      WILLIAM HYNES - CONFIDENTIAL

2    Army honorably?

3      A    Yes.

4      Q    Let's focus on UFD.

5           You are currently employed by
6    UFD, correct?

7      A    Yes.

8      Q    What is your title at UFD?

9      A    I am the CEO.

10     Q    What are your responsibilities
11   as CEO of UFD?

12     A    To run the day-to-day operations
13   of United Fiber & Data and just every
14   C-level executive reports to me.

15     Q    How many employees
16   approximately?

17     A    Nineteen.

18     Q    Nineteen employees at UFD?

19     A    That's exact.

20     Q    When did you become the CEO of
21   UFD?

22     A    I would say the minute Chad
23   Taylor resigned, August.

24     Q    August 2015?

25     A    '15, yes.  I don't know the

1      WILLIAM HYNES - CONFIDENTIAL
2      A      Indeed, I do.
3      Q      While you're reviewing it, for
4  the record, Exhibit 6 is UFD 001379.
5      A      (Reviewing.)  Okay.
6      Q      I am going to ask you about your
7  e-mail at the top of the page.  Why did
8  you write, "This is perfect," with two
9  exclamation points?
10     A      (Reviewing.)  I can't say why.
11 I don't know what my mind was thinking
12 at April 24, 2015, at 2:27 and
13 27 seconds p.m.
14     Q      What do you think you meant?
15     A      (Reviewing.)  I am not sure.
16     Q      Were you opposed to engaging
17 Olympus at this time period?
18     A      I think in this initial e-mail,
19 no, I wasn't, but then there were other
20 ones right after that we were -- at that
21 time, I wasn't involved with much on the
22 fundraising.  It was really Chad
23 Taylor's gig and, you know, if he
24 thought he could -- you know, had no
25 reason to believe not to trust my

1   WILLIAM HYNES - CONFIDENTIAL
2   partner. And -- and, you know -- but I
3   mean, probably that he introduced us to
4   two multi-billionaires I thought would
5   be perfect, but they didn't mention who
6   they were, what they were, so I am
7   probably thinking that's what I meant by
8   "perfect."
9           Any time you can be introduced
10  to two multi-billionaires interested in
11  investing in your company, it could be
12  perfect.
13      Q   Okay.
14          You testified earlier that you
15  did not see the engagement letter
16  between Olympus and UFD for several
17  months after it was signed, correct?
18      A   Yeah, I believe so.
19      Q   Do you recall approximately when
20  you saw it for the first time?
21      A   I think -- I remember just
22  telling Chad or -- I don't know if I
23  talked to him or sent him an e-mail or
24  text saying I never seen the Olympus
25  one, send it to me or something like

```
 1          WILLIAM HYNES - CONFIDENTIAL
 2      Q    What is the bounced check thing?
 3      A    I bounced a check in 2008 and
 4  paid it back, but I was convicted of it.
 5      Q    What were you convicted of?
 6      A    I believe the term they used
 7  "theft by deception."  In essence, it
 8  was just a bounced check, so...
 9      Q    Did you go to trial on those
10  charges?
11      A    Yep, bench trial with the judge.
12      Q    And the judge found you guilty?
13      A    Yep.
14      Q    Why is it that a bounced check
15  turned into a criminal case?
16      A    Because I have a big mouth.
17      Q    How did your big mouth get you
18  in trouble in this instance?
19      A    In that instance, I told the DA
20  and the assistant DA some things I
21  probably shouldn't have and then later,
22  also said that to the judge.  Initially,
23  they were just going -- it was already
24  paid back, the whole thing, and they
25  were actually -- they were dropping the
```

1  WILLIAM HYNES - CONFIDENTIAL
2  investors, I would say my main business
3  partner who put the bulk of the money
4  in, myself, and the other 200 investors
5  have zero problem with that. And the
6  fact that Mr. Appell wanted me to fix
7  everything and continue the company.
8  I'd say that there is a zero problem
9  with that.
10  Q  Are you aware that UFD directed
11  its counsel to prepare a resolution
12  removing you from UFD's board?
13  A  I wasn't aware at the time. I
14  was aware when they slithered across a
15  board room table at me and said sign
16  that.
17  Q  How did you respond?
18  A  I didn't -- I didn't sign it.
19  Q  Was there any discussion when
20  you first learned about the board
21  resolution?
22  A  Was there any discussion?
23  Q  Yes.
24  A  I said I am not signing that.
25  That is the discussion. End of story.

Page 199

1      WILLIAM HYNES - CONFIDENTIAL

2    from earlier on, so I couldn't dislike

3    them anymore.

4        Q    You already had the maximum

5    amount of dislike towards them at that

6    point?

7            MS. YEN:  Vague.

8            THE WITNESS:  I don't have a

9        meter, so I don't know what level

10       of dislike it is.  So it just

11       was -- I either like you or I

12       don't, so...

13   BY MR. ROTH:

14       Q    It certainly didn't help when

15   they asked you to resign, did it?

16       A    It really didn't -- it didn't --

17   it didn't factor into that.  The deal

18   itself was bad, so the deal was being

19   rejected and part of that deal was

20   resign.  So it was based on a whole.  So

21   they were saying, we are going to do

22   this deal, vote.  I vote no.

23           Okay.  You vote no.  Resign. ▮

24   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

25           Will you take that?  I said, no,

1      WILLIAM HYNES - CONFIDENTIAL

2   anyone.  Hey, can I have a meeting with

3   you?  Sure.  By the way, we are bringing

4   this guy.  What do they want to talk

5   about?  All right.  I don't want to meet

6   with them.  Not really good about that,

7   so...

8       Q    Do you recall sending an e-mail

9   to Mr. Berman and Mr. Boris stating that

10  UFD was terminating the Olympus

11  engagement?

12      A    I sent an e-mail to

13  Jeffrey Berman and crew, yes,

14  terminating them.

15      Q    What authority did UFD have to

16  terminate the Olympus engagement?

17      A    What authority did I have?

18      Q    We can start there.

19           What authority did you have?

20      A    The CEO and founder and just one

21  of two managing members at the time and

22  I consulted with my business partner and

23  Mr. Appell and myself and we both voted

24  to terminate the agreement with Olympus,

25  so I did so.

1      WILLIAM HYNES - CONFIDENTIAL
2   with Mr. Appell along the course.  Like
3   I said, I met him weekly at least,
4   sometimes multiple times a week, and had
5   multiple phone calls with him.  But the
6   one time that I went there was when we
7   said, okay, we are going to terminate
8   them.
9          But, no, I would just keep him
10  abreast of the situation.  You know,
11  every time I would go back to him with
12  something, he would just say, you know,
13  be cautious and keep me posted.
14          I would give him the information
15  and then when I said at the last meeting
16  I think we should terminate them.
17  That's my opinion.  Okay.  Let's do it.
18     Q    And what did you explain was the
19  basis for wanting to terminate --
20     A    I explained --
21     Q    -- Olympus?
22     A    I explained it.  Go back and
23  read it.  But unlike the signing of the
24  Olympus agreement, which was not
25  supposed to be signed and which did not