UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLYMPUS SECURITIES, LLC,

                    Plaintiff,

         - against -

UNITED FIBER & DATA, LLC

                    Defendant.

Case No. 16-cv-1931 (VEC)

**STIPULATION OF DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the above-captioned action and all claims asserted therein, including any counterclaims asserted by Defendant, are dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice. Each party shall bear its own costs and expenses including attorney's fees.

Dated:  New York, New York
          January 5, 2018

| | |
|---|---|
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | WILSON SONSINI GOODRICH & ROSATI PC |
| By:   /s/ Joshua D. Roth<br>       Joshua D. Roth | By:   _____<br>       Lucy Yen |
| One New York Plaza<br>New York, NY 10004<br>(212) 859-8000<br>joshua.roth@friedfrank.com | 1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>(212) 999-5800<br>lyen@wsgr.com |
| Attorneys for Plaintiff<br>  Olympus Securities, LLC | Attorneys for Defendant<br>  United Fiber & Data, LLC |

14773357